LOTT, Ch. C., reads for affirmance.
All concur, except LEONARD, not sitting.
Judgment affirmed, with costs.

---

ELEAZER TRACY, Respondent, *v.* EDWIN W. PRINK et al.,
Appellants.

(Argued May 11, 1871; decided September term, 1871.)

*J. C. Newkirk* for the appellants.

*R. E. Andrews* for the respondent.

DECIDED upon the facts in the case.
LEONARD and EARL, CC., read for affirmance.
All concur.
Judgment affirmed, with costs.

---

THOMAS MURRAY, Respondent, *v.* THE HUDSON RIVER RAIL-
ROAD COMPANY, Appellant.

(Argued May 12, 1871; decided September term, 1871.)

*John H. Reynolds* for the appellant.

*Amasa J. Parker* for the respondent.

For affirmance, EARL, GRAY and HUNT, CC.
For reversal, LOTT, Ch. C., and LEONARD, C.
No opinion.
Judgment affirmed, with costs.

---

JOHN REDPATH et al., Apellants, *v.* THOMAS T. VAUGHAN et al.,
Respondents.

(Argued May 12, 1871; decided September term, 1871.)